## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ricardo Regis,                                          Civ. No. 12-1673 (MJD/JJK)

          Plaintiff,

v.

                                      **ORDER**

Roselene Devi et al.

          Defendants.

---

The above matter comes before the Court upon the Report and Recommendation [Doc. #24] of United States Magistrate Judge Jeffrey J. Keyes dated May 3, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

        **IT IS HERERBY ORDERED** that:

        1.      Plaintiff's claims against Defendant Devi are **DISMISSED WITHOUT PREJUDICE**, for failure to comply with Federal Rule of Civil Procedure 4; and

        2.      Plaintiff's claims against the Ramsey County District Court are **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction.

        3.      Additionally, based on the Court's Order dated April 19, 2013, Defendant United States Bankruptcy Court is dismissed as a Defendant to this action.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 4, 2013                              s/Michael J. Davis
                                            Michael J. Davis
                                          Chief Judge
                                          United States District Court